IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| MONTE EUGENE JENKINS, | ) | No. CV 10-500-TUC-AWT |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| CHARLES L. RYAN, | ) | |
| Respondent. | ) | |

Pending before the court is Monte Eugene Jenkins' Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2254 (Doc. 1).

On October 24, 2011, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation (R&R) to this Court, recommending the denial of Jenkins' petition (Doc. 15). Petitioner has filed no objections to the R&R. In such circumstances, the Court will modify or set aside only those portions of the R&R that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

After conducting an independent review of the record, the Court concludes that in all respects the R&R is not clearly erroneous or contrary to law, and therefore adopts the R&R in full.

Further, the Court concludes that Jenkins has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Thus, the Court declines to issue a certificate of appealability. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, **IT IS ORDERED:**

1. The findings and recommendations made by Magistrate Judge Ferraro in his October 24, 2011 Report and Recommendation (Doc 15) are **ADOPTED IN WHOLE**. The Petition for Writ of Habeas Corpus (Doc.1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.
2. The issuance of a certificate of appealability is **DENIED**.
3. The Clerk shall enter judgment accordingly and close this case.

DATED this 7th day of February, 2012.

A. Wallace Tashima
United States Circuit Judge
Sitting by Designation